NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLENNIUM PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

v.

**SANDOZ INC., ACCORD HEALTHCARE INC., ACTAVIS LLC, MYLAN LABORATORIES LIMITED, AGILA SPECIALTIES INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMA GLOBAL FZE, APOTEX CORP., APOTEX INC., TEVA PHARMACEUTICALS USA, INC., GLENMARK PHARMACEUTICALS LTD., GLENMARK GENERICS LTD., GLENMARK GENERICS INC., USA, HOSPIRA, INC.,**
*Defendants-Appellees*

---

2015-2066, 2016-1008, -1009, -1010, -1109, -1110, -1283

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-01011-GMS, 1:12-cv-01490-GMS, 1:12-cv-01750-GMS, 1:13-cv-01874-GMS, 1:14-cv-01156-GMS, 1:15-cv-00040-GMS, 1:15-cv-00539-GMS, 1:15-cv-00540-GMS, and 1:15-cv-00804-GMS, Judge Gregory M. Sleet.

---

## ORDER

The above captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the seven appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The appellant's opening brief is due no later than February 2, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26